UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                                      03-MDL-1570 (GBD)(SN)

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001
-----------------------------------------------------------------X

MICHAEL ABBATINE, Individually                          18-cv-12343
                                                                                     (GBD)(SN)
ROSA ABDOU, Individually

RASHID ABDULLAH, Individually

WELBY ACCELY, Individually                              **SAUDI ARABIA SHORT
                                                                              FORM COMPLAINT AND
ROBERT ACCURSO, Individually                     DEMAND FOR TRIAL BY
                                                                                          JURY**

PATSY ADOVASIO, Individually

HARRY ADRIEN, Individually

MATHEW AGEL, Individually

PAUL ALBANO, Individually

PHILIP ALEXANDER, Individually

SALVATORE ALFARONE, Individually

HASSAN ALI, as Personal Representative and/or
Proposed Administrator of the Estate of ANNESHA
KHAN, deceased

RAFAELA ALSIEUX, Individually

ANDREW ALTIERI, Individually

REBEKAH ALTIERI, Individually

ANTONIO ALVAREZ, Individually

AURORA ALVAREZ, as Personal Representative

and/or Proposed Administrator of the Estate of
BENJAMIN CRUZ, deceased

ANIELLO AMODIO, Individually

FRANKLIN ANCHAHUA, Individually

ANTHONY ANDERSON, Individually

MORTIMER ANDERSON, Individually

WILLIAM ANDERSON, JR., Individually

LOUIS ANGELONE, Individually

SUZANNE ANSELMO, Individually

HARRY APPEL, Individually

JAIME ARTURO, Individually

GAIL ASSANTE, Individually

MARK ATTANASIA, Individually

ANDERSON ATWATER, Individually

JEAN L. AUGUSTIN, Individually

THOMAS BACCHI, Individually

SCOTT BAKER, Individually

GREGORY BANKS, Individually

LAWRENCE BARISCIANO, Individually

FAIRBURN BARKER, Individually

ANTHONY BARNES, Individually

JOHN BARNETT, Individually

JASON BARONE, Individually

KEVIN BARRETT, Individually

AMADU BARRIE, Individually

JULIO BARRIOS, Individually

DOREEN BARRIOS, Individually

CHRISTOPHER BASIRICO, Individually

DAVID BAST, as Personal Representative and/or Proposed Administrator of the Estate of PHILIP BAST, deceased

SPIROS BATSEDIS, Individually

ROBERT BAUER, Individually

EDGAR BAYAS, Individually

THOMAS BAZERJIAN, Individually

JOSEPH BEATO, Individually

ERROL BEDASIE, Individually

LEQWAN BELL, Individually

JEAN-CLAUDE BENAMOU, Individually

NICOLE BENNETTE, Individually

ALAN BENTZ, Individually

SYLVANUS BEST, Individually

MICHAEL BIANCHINO, Individually

RICHARD BICKERTON, Individually

FRANK BIGIT, Individually

LARRY BIRNHOLZ, Individually

ANTHONY BISCUTI, Individually

ANTHONY BLAESER, Individually

ALEX J. BLANC, Individually

ALFRED BLOCK, Individually

DANIEL BLUMBERG, Individually

RICHARD BOCIGNONE, Individually

JOHN BOESCH, Individually

EDISON BOND, JR., as Personal Representative and/or Proposed Administrator of the Estate of EDISON BOND, SR., deceased

CARLOS BONET, Individually

JOHNNIE BOONE, Individually

ALFRED BOSCO, Individually

KEVIN F. BOSWORTH, Individually

ALBAN BOUDREAU, Individually

ANTHONY BOVE, Individually

CHRISTOPHER BOYKO, Individually

CURTIS BRATHWAITE, Individually

ANN MARIE BREHENY, Individually

THOMAS BREMEN, Individually

ANDREA BREWI, as Personal Representative and/or Proposed Administrator of the Estate of JAMES CALLAN, deceased

DARREN BRINDISI, Individually

MARK BROOKS, Individually

PATRICK BROWN, Individually

EVELYN BRUNO, Individually

NORMAN BRYANT, Individually

DAVID BRYANT, Individually

JOSEPH BUCCELLATO, Individually

CRUZ BUNAY, Individually

ALAN BURAGHI, Individually

SIXTO BURGOS, Individually

WILLIAM BURKE, Individually

LEONARD BURSHTEIN, Individually

WAVERLY BUSBY JR., Individually

RICHARD BUSSE, Individually

JOSEPH BUTLER, Individually

             **Plaintiff(s),**
  **-against-**

**KINGDOM OF SAUDI ARABIA,**

             **Defendant.**

-------------------------------------------------------------X

  Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4045. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

- ☒ 28 U.S.C. § 1605(a)(5) (non-commercial tort exception)
- ☒ 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)
- ☒ 28 U.S.C. § 1330 (actions against foreign states)
- ☐ Other (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP): _____
  _____
  _____.

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

☐ **Consolidated Amended Complaints as to the Kingdom of Saudi Arabia, ECF No. 3463 (check all causes of action that apply)**

- ☐ COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

- ☐ COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).

- ☐ COUNT III – Committing Acts of International Terrorism in violation of 18 U.S.C. § 2333.

- ☐ COUNT IV – Wrongful Death.

- ☐ COUNT V – Alien Tort Claims Act.

- ☐ COUNT VI – Assault and Battery.

- ☐ COUNT VII – Conspiracy.

- ☐ COUNT VIII – Aiding and Abetting.

- ☐ COUNT IX – Intentional Infliction of Emotional Distress.

- ☐ COUNT X – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

- ☐ COUNT XI – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

- ☐ COUNT XI – 18 U.S.C. § 1962(a)-(d) – CIVIL RICO.

- ☐ COUNT XII – Trespass.

- ☐ COUNT XII – Violations of International Law.

☒ **Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of Saudi Arabia</u>, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1 (check all causes of action that apply)**

☒ First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *eq. seq.* (the Anti-Terrorism Act or ATA)

☒ First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *eq. seq.* (the Anti-Terrorism Act or ATA)

☒ Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

☒ Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

☒ Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

☒ Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

☐ Each Plaintiff asserts the following additional theories and/or Causes of Action against the Kingdom of Saudi Arabia: _____

_____

_____.

## IDENTIFICATION OF PLAINTIFFS

4. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form Complaint, herein referred to as "Plaintiffs."

   a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

   b. Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

   c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of

       someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

    d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

    e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

    f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5. The only Defendant named in this Saudi Arabia Short Form Complaint is the Kingdom of Saudi Arabia.

## NO WAIVER OF OTHER CLAIMS

6. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting

out of any class that the Court may certify in the future.

## JURY DEMAND

8. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.

    Respectfully submitted,

    THE DEARIE LAW FIRM, P.C.

    BY: /s/ John P. Dearie
    John P. Dearie, Esq.
    515 Madison Avenue, 11th Floor
    New York, New York 10022
    Tel: 212-980-0404
    Fax: 212-227-4141
    jpd@dearielaw.com

# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint, to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship / Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship / Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Michael Abbatine | NY | United States | N/A | N/A | N/A | Personal Injury |
| 2 | Rosa Abdou | NY | United States | N/A | N/A | N/A | Personal Injury |
| 3 | Rashid Abdullah | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 4 | Welby Accely | NY | United States | N/A | N/A | N/A | Personal Injury |
| 5 | Robert Accurso | NY | United States | N/A | N/A | N/A | Personal Injury |
| 6 | Patsy Adovasio | NY | United States | N/A | N/A | N/A | Personal Injury |
| 7 | Harry Adrien | FL | United States | N/A | N/A | N/A | Personal Injury |
| 8 | Mathew Agel | FL | United States | N/A | N/A | N/A | Personal Injury |
| 9 | Paul Albano | FL | United States | N/A | N/A | N/A | Personal Injury |
| 10 | Philip Alexander | NY | United States | N/A | N/A | N/A | Personal Injury |
| 11 | Salvatore Alfarone | FL | United States | N/A | N/A | N/A | Personal Injury |
| 12 | Hassan Ali | FL | United States | Annesha Khan | Personal Representative | United States | Wrongful Death |
| 13 | Hassan Ali | FL | United States | Annesha Khan | Spouse | United States | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | Rafaela Alsieux | FL | United States | N/A | N/A | N/A | Personal Injury |
| 15 | Rebekah Altieri | FL | United States | N/A | N/A | N/A | Personal Injury |
| 16 | Andrew Altieri | NY | United States | N/A | N/A | N/A | Personal Injury |
| 17 | Aurora Alvarez | NV | United States | N/A | Personal Representative | N/A | Personal Injury |
| 18 | Antonio Alvarez | NY | United States | N/A | N/A | N/A | Personal Injury |
| 19 | Doris Alvarez | NY | United States | N/A | N/A | N/A | Personal Injury |
| 20 | Aniello Amodio | NY | United States | N/A | N/A | N/A | Personal Injury |
| 21 | Franklin Anchahua | NY | United States | N/A | N/A | N/A | Personal Injury |
| 22 | Mortimer Anderson | NY | United States | N/A | N/A | N/A | Personal Injury |
| 23 | Anthony Anderson | NY | United States | N/A | N/A | N/A | Personal Injury |
| 24 | William Anderson, Jr. | NY | United States | N/A | N/A | N/A | Personal Injury |
| 25 | Louis Angelone | NY | United States | N/A | N/A | N/A | Personal Injury |
| 26 | Suzanne Anselmo | NY | United States | N/A | N/A | N/A | Personal Injury |
| 27 | Harry Appel | NY | United States | N/A | N/A | N/A | Personal Injury |
| 28 | Jaime Arturo | NY | United States | N/A | N/A | N/A | Personal Injury |
| 29 | Gail Assante | NY | United States | N/A | N/A | N/A | Personal Injury |
| 30 | Mark Attanasia | NY | United States | N/A | N/A | N/A | Personal Injury |
| 31 | Anderson Atwater | NY | United States | N/A | N/A | N/A | Personal Injury |
| 32 | Jean L. Augustin | NY | United States | N/A | N/A | N/A | Personal Injury |
| 33 | Thomas Bacchi | NY | United States | N/A | N/A | N/A | Personal Injury |
| 34 | Scott Baker | NY | United States | N/A | N/A | N/A | Personal Injury |
| 35 | Gregory Banks | NY | United States | N/A | N/A | N/A | Personal Injury |
| 36 | Lawrence Barisciano | NY | United States | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37 | Fairburn Barker | NY | United States | N/A | N/A | N/A | Personal Injury |
| 38 | Anthony Barnes | NY | United States | N/A | N/A | N/A | Personal Injury |
| 39 | John Barnett | FL | United States | N/A | N/A | N/A | Personal Injury |
| 40 | Jason Barone | NY | United States | N/A | N/A | N/A | Personal Injury |
| 41 | Kevin Barrett | NY | United States | N/A | N/A | N/A | Personal Injury |
| 42 | Amadu Barrie | NY | United States | N/A | N/A | N/A | Personal Injury |
| 43 | Julio Barrios | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 44 | Doreen Barrios | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 45 | Christopher Basirico | NY | United States | N/A | N/A | N/A | Personal Injury |
| 46 | David Bast | NY | United States | Philip Bast | Personal Representative | United States | Wrongful Death |
| 47 | David Bast | NY | United States | Philip Bast | Child | United States | Solatium |
| 48 | Spiros Batsedis | NY | United States | N/A | N/A | N/A | Personal Injury |
| 49 | Robert Bauer | NY | United States | N/A | N/A | N/A | Personal Injury |
| 50 | Thomas Bazerjian | PA | United States | N/A | N/A | N/A | Personal Injury |
| 51 | Joseph Beato | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 52 | Errol Bedasie | FL | United States | N/A | N/A | N/A | Personal Injury |
| 53 | Leqwan Bell | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 54 | Jean-Claude Benamou | NY | United States | N/A | N/A | N/A | Personal Injury |
| 55 | Nicole Bennett | NY | United States | N/A | N/A | N/A | Personal Injury |
| 56 | Alan Bentz | NY | United States | N/A | N/A | N/A | Personal Injury |
| 57 | Sylvanus Best | NC | United States | N/A | N/A | N/A | Personal Injury |
| 58 | Michael Bianchino | NY | United States | N/A | N/A | N/A | Personal Injury |
| 59 | Richard Bickerton | NJ | United States | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 60 | Frank Bigit | NY | United States | N/A | N/A | N/A | Personal Injury |
| 61 | Larry Birnholz | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 62 | Anthony Biscuti | NY | United States | N/A | N/A | N/A | Personal Injury |
| 63 | Anthony Blaeser | NY | United States | N/A | N/A | N/A | Personal Injury |
| 64 | Alex J. Blanc | NY | United States | N/A | N/A | N/A | Personal Injury |
| 65 | Alfred Block | NY | United States | N/A | N/A | N/A | Personal Injury |
| 66 | Daniel Blumberg | NY | United States | N/A | N/A | N/A | Personal Injury |
| 67 | Richard Bocignone | NY | United States | N/A | N/A | N/A | Personal Injury |
| 68 | John Boesch | NY | United States | N/A | N/A | N/A | Personal Injury |
| 69 | Edison Bond, Jr. | NY | United States | Edison Bond, Sr. | Personal Representative | United States | Wrongful Death |
| 70 | Edison Bond, Jr. | NY | United States | Edison Bond, Sr. | Child | United States | Solatium |
| 71 | Carlos Bonet | NY | United States | N/A | N/A | N/A | Personal Injury |
| 72 | Johnnie Boone | FL | United States | N/A | N/A | N/A | Personal Injury |
| 73 | Alfred Bosco | NY | United States | N/A | N/A | N/A | Personal Injury |
| 74 | Kevin F. Bosworth | NY | United States | N/A | N/A | N/A | Personal Injury |
| 75 | Alban Boudreau | NY | United States | N/A | N/A | N/A | Personal Injury |
| 76 | Anthony Bove | NY | United States | N/A | N/A | N/A | Personal Injury |
| 77 | Christopher Boyko | NY | United States | N/A | N/A | N/A | Personal Injury |
| 78 | Curtis Brathwaite | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 79 | Ann Marie Breheny | NY | United States | N/A | N/A | N/A | Personal Injury |
| 80 | Thomas Bremen | NY | United States | N/A | N/A | N/A | Personal Injury |
| 81 | Andrea Brewi | NY | United States | James Callan | Personal Representative | United States | Wrongful Death |
| 82 | Andrea Brewi | NY | United States | James Callan | Parent | United States | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 83 | Darren Brindisi | NY | United States | N/A | N/A | N/A | Personal Injury |
| 84 | Mark Brooks | NY | United States | N/A | N/A | N/A | Personal Injury |
| 85 | Patrick Brown | NY | United States | N/A | N/A | N/A | Personal Injury |
| 86 | Evelyn Bruno | TX | United States | N/A | N/A | N/A | Personal Injury |
| 87 | David Bryant | FL | United States | N/A | N/A | N/A | Personal Injury |
| 88 | Norman Bryant | NY | United States | N/A | N/A | N/A | Personal Injury |
| 89 | Joseph Buccellato | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 90 | Cruz Bunay | NY | United States | N/A | N/A | N/A | Personal Injury |
| 91 | Alan Buraghi | VA | United States | N/A | N/A | N/A | Personal Injury |
| 92 | Sixto Burgos | NY | United States | N/A | N/A | N/A | Personal Injury |
| 93 | William Burke | NY | United States | N/A | N/A | N/A | Personal Injury |
| 94 | Leonard Burshtein | NY | United States | N/A | N/A | N/A | Personal Injury |
| 95 | Waverly Busby Jr. | NY | United States | N/A | N/A | N/A | Personal Injury |
| 96 | Richard Busse | NY | United States | N/A | N/A | N/A | Personal Injury |
| 97 | Joseph Butler | NY | United States | N/A | N/A | N/A | Personal Injury |